

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00421-CV

_____

JORGE R. GARZA, APPELLANT

V.

DAVID BOWERS, CHRISTOPHER CATRON, ADAM PIERCE,
LESLIE DINWIDDIE, AND BRANDON JACOBSON, APPELLEES

On Appeal from the County Court
Lamb County, Texas
Trial Court No. CC-3352; Honorable James M. DeLoach, Presiding

January 29, 2020

## MEMORANDUM OPINION

Before PIRTLE, PARKER, and DOSS, JJ.

Pending before this court is a motion to dismiss this appeal filed by Appellant, Jorge R. Garza. Without passing on the merits of the appeal, Appellant's motion is granted and the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). Having dismissed this appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam